MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  martinfineman@dwt.com

STEPHEN M. RUMMAGE (*Admitted pro hac vice*)
REBECCA FRANCIS (*Admitted pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
Email:  steverummage@dwt.com
 rebeccafrancis@dwt.com

Attorneys for Defendant
T-Mobile USA, Inc.

ROBERT W. MILLS (CA State Bar No. 062154)
JOSHUA D. BOXER (CA State Bar No. 226712)
COREY B. BENNETT (CA State Bar No. 267816)
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Telephone:  (415) 455-1326
Facsimile:  (415) 455-1327
Email:  robert@millslawfirm.com
 josh@millslawfirm.com
 corey@millslawfirm.com

Attorneys for Plaintiff
Edward Pringle

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD PRINGLE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., and DOES 1-100, <br><br> Defendants. | Case No. C12-00665 RS <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE AND DATE FOR CONSIDERATION OF T-MOBILE'S MOTION TO COMPEL ARBITRATION AND STAY** <br><br> **(Civil L.R. 6-1(b))** |

1

STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE
AND HEARING DATE FOR T-MOBILE'S MOTION TO COMPEL ARBITRATION AND STAY
*Pringle v. T-Mobile USA, Inc.*, Case No. C12-00665 RS
DWT 19200576v1 0048172-000508

STIPULATION

Plaintiff Edward Pringle ("Pringle") and defendant T-Mobile USA, Inc. ("T-Mobile"), by and through their undersigned counsel, stipulate and agree as follows:

1. On January 10, 2012, Pringle filed a Complaint for Damages for Violation of the Song-Beverly Credit Card Act, Cal. Civ. Code § 1747.08, in the Superior Court of California, County of Marin, under Civil Case No. 1200132. Pringle served the Complaint on defendant T-Mobile USA, Inc. ("T-Mobile"), on January 13, 2012.

2. On February 10, 2012, T-Mobile removed the Complaint to this Court under the Class Action Fairness Act, 28 U.S.C. §§ 1332, 1441, 1446, and 1453. [Dkt. 1].

3. On February 16, 2012, Pringle and T-Mobile stipulated under Civil L.R. 6-1(a) to extend until March 12, 2012, the time for T-Mobile to answer or otherwise respond to the Complaint. [Dkt. 13].

4. On March 12, 2012, T-Mobile filed a motion to compel arbitration and stay, setting the motion for hearing on April 19, 2012, more than 35 days after the date on which it filed and served the motion. *See* Civil L.R. 7-2(a). [Dkt. 14].

5. On March 15, 2012, the Court issued an order reassigning the case to United States District Judge Richard Seeborg and directing the parties to renotice any matters presently scheduled for hearing. [Dkt. 20].

6. On March 19, 2012, T-Mobile renoticed its motion to compel arbitration and stay for hearing before Judge Seeborg on May 24, 2012, more than 35 days after the date on which it filed the motion. *See* Civil L.R. 7-2(a).

7. The parties are engaged in discussions that may lead to a consensual resolution of this matter. The parties therefore have agreed to seek an extension of the time for Pringle to respond to the motion to compel arbitration and stay, and to adjust the deadline for T-Mobile's reply brief. The requested extension will not alter the date of any event or any deadline fixed by Court order.

DAVIS WRIGHT TREMAINE LLP

2

8. Based on the foregoing, Pringle and T-Mobile hereby stipulate and request that the Court enter an Order:

A. Extending the deadline for Pringle to respond to the motion to compel to April 25, 2012 (30 days from the day Pringle would otherwise be required to respond under Civil L.R. 7-3(a));

B. Extending the deadline for T-Mobile to file its reply in support of the motion to compel to May 10, 2012.

Dated: March 19, 2012.

DAVIS WRIGHT TREMAINE LLP

By: */s/ Stephen M. Rummage*
    Stephen M. Rummage
    Martin L. Fineman
    Rebecca Francis

Attorneys for Defendant
T-MOBILE USA, INC.

Dated: March 19, 2012.

THE MILLS LAW FIRM

By: */s/ Joshua D. Boxer*
    Robert W. Mills
    Joshua D. Boxer
    Corey B. Bennett

Attorneys for Plaintiff
Edward Pringle

3

STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE
AND HEARING DATE FOR T-MOBILE'S MOTION TO COMPEL ARBITRATION AND STAY
*Pringle v. T-Mobile USA, Inc.*, Case No. C12-00665 RS
DWT 19200576v1 0048172-000508

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court approves the parties' stipulation and EXTENDS the deadline for Mr. Pringle to respond to T-Mobile's motion to compel arbitration and stay until April 25, 2012, and the deadline for T-Mobile to file its reply in support of its motion to compel arbitration and stay until May 10, 2012.

DATED this 20TH day of March, 2012.

_____
RICHARD SEEBORG
United States District Court Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: */s/ Stephen M. Rummage*
    Stephen M. Rummage
    Martin L. Fineman
    Rebecca J. Francis

Attorneys for Defendant
T-Mobile USA, Inc.

4

STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE
AND HEARING DATE FOR T-MOBILE'S MOTION TO COMPEL ARBITRATION AND STAY
*Pringle v. T-Mobile USA, Inc.*, Case No. C12-00665 RS
DWT 19200576v1 0048172-000508